IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CATHERINE M. STARR                                       PLAINTIFF

vs.                                       CIVIL ACTION NO. 2:20-cv-6-KS-MTP

NATIONWIDE GENERAL INSURANCE
COMPANY, ET AL                                      DEFEDANTS

## ORDER

THIS CAUSE IS BEFORE THE COURT sua sponte to consider whether or not to allow Catherine M. Starr to file a motion asking for reconsideration of the dismissal of this case. Ms. Starr is under a directive from the Fifth Circuit Court of Appeals to first present to the Circuit Court any motion or pleading that she wishes to file in order to obtain permission from the Circuit Court to file in this Court. The Circuit Court has not been consulted and therefore this Court denies Ms. Starr the right to file the motion herein. The motion is to be placed in the record under seal in order to maintain a full record for all purposes.

This Court made a mistake in allowing Ms. Starr to file this case initially. In spite of the mistake made by this Court the litigation proceeded, and the Complaint was dismissed for the reasons stated in the Order of Dismissal. This Court will not make the same mistake twice.

NOW, THEREFORE, IT IS HEREBY ORDERED that the request to file a Motion by Catherine M. Starr, be and the same is, hereby DENIED for the reasons above stated.

SO ORDERED this the ___23rd___ day of June, 2021.

  s/Keith Starrett
UNITED STATES DISTRICT JUDGE